JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar Number 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Steven.Rose@usdoj.gov
*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STANLEY THOMAS, <br><br> Defendant. | Case No. 2:20-cr-00159-KJD-VCF <br><br> **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR STANLEY THOMAS (ID # 1048265)** |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, High Desert State Prison, Indian Springs, Nevada, and the United States Marshal for the District of Nevada to produce STANLEY THOMAS before the United States District Court on or about September 27, 2023, at the hour of 2:30 p.m., in Courtroom 3D, for Initial Appearance/Arraignment.

STANLEY THOMAS is currently in the custody of the Warden, High Desert State Prison, Indian Springs, Nevada.

On July 8, 2020, a federal grand jury returned an Indictment in the above-captioned matter charging STANLEY THOMAS with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce STANLEY THOMAS before this Court for the purpose of Initial Appearance/Arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada.

Dated:  September 15, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Steven J. Rose
STEVEN J. ROSE
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>STANLEY THOMAS,<br><br>  Defendant. | Case No. 2:20-cr-00159-KJD-VCF<br><br>**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR STANLEY THOMAS (ID # 1048265)** |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of STANLEY THOMAS before the United States District Court at Las Vegas, Nevada, on or about September 27, 2023, at the hour of 2:30 p.m., in Courtroom 3D, for Initial Appearance/Arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: September 15, 2023.

_____
HONORABLE
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANLEY THOMAS,<br><br>　　　　　Defendant | Case No. 2:20-cr-00159-KJD-VCF<br><br>**WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>STANLEY THOMAS (ID # 1048265)** |

TO:　WARDEN,
　　　HIGH DESERT STATE PRISON
　　　INDIAN SPRINGS, NEVADA
　　　UNITED STATES MARSHAL FOR THE DISTRICT OF
　　　NEVADA AND ANY OTHER UNITED STATES MARSHAL

<u>G R E E T I N G S</u>

　　WE COMMAND that you have the body of STANLEY THOMAS, detained in the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about September 27, 2023, at the hour of 2:30 p.m., in Courtroom 3D, for Initial Appearance/Arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until STANLEY THOMAS is released and discharged by the said Court; and that you shall thereafter return

///

///

///

///

///

STANLEY THOMAS to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED: September ____, 2023.

                                                _____  
                                                HONORABLE  
                                                UNITED STATES MAGISTRATE JUDGE

ATTEST:    DEBRA K. KEMPI, Clerk    DATED: September ____, 2023  
                United States District Court

        By_____  
                Deputy